# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JARED PRESLAR, an individual;<br><br>　　　　Plaintiff,<br>vs.<br><br>NXTLVL SERVICES, LLC, a Florida Limited Liability Company, and ONE UP SERVICES, LLC, a Florida Liability Company;<br><br>　　　　Defendants. | **DEFAULT JUDGMENT**<br><br>Civil No. 1:23-cv-00078<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. 55(a) and DUCivR 55-1(a), Plaintiff Jared Presler has asked for an entry of default against Defendants NXTLVL Services, LLC, and One Up Services, LLC, against whom a Default Certificate has already been entered.

Preslar's Motion for Default Judgment is supported by a declaration, which attests to the amount due. The amount due by these Defendants is $1,505,022.00. The Court has reviewed the Motion and attached declaration. With good cause appearing, the Court hereby enters a default judgment against Defendants NXTLVL Services, LLC, and One Up Services, LLC, jointly and severally, in the amount of $1,505,022.00. This amount may be augmented, by Plaintiff's motion, for further costs or fees accrued after entry of this judgment.

Dated this 5th day of June 2024.

                BY THE COURT:

                _____

                DALE A. KIMBALL

                United States District Judge

2